**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| VICTOR R. SAWYERS | : | No. 729 MAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| NOVELETTE DAVIS AND JOSITA | : | |
| DEJESUS | : | |
| | : | |
| | : | |
| PETITION OF: NOVELETTE DAVIS | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.